# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:10-cr-410-GMN-GWF |
| vs. | ) **ORDER OF TRANSPORT** |
| ZELALEM BERHE, | ) |
| Defendant. | ) |

The Court having held a hearing in this matter,

IT IS HEREBY ORDERED that for the purposes of a final visitation with Noah Z. Berhe, the United States Marshal's Service shall transport Mr. Berhe to/from the Federal Detention Center in Pahrump to either Palm Mortuaries or Bunkers Mortuary on March 30, 2011. Such transport shall be in accordance with the United States Marshal's Service's procedures.

IT IS FURTHER ORDERED that a check for $300.00 shall be remitted to the United States Marshal's Service, forthwith, to cover the costs of the transport.

DATED this 29th day of March, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge